DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-423 GEB/CKD |
| Plaintiff, | |
| v. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| JEREMY THOMAS BOZE, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

Pursuant to 18 U.S.C. § 3141(c)(3), condition number 13, of the Special Conditions of Pretrial Release filed on October 16, 2007 is hereby removed.

All other conditions remain in full force and effect.

Dated: October 24, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order Modifying Conditions