JOSEPH SCHLESINGER, Bar #87692
Acting Federal Public Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JEREMY THOMAS BOZE,<br>　　　　Defendant. | NO. CR-S-07-423-GEB<br>AMENDED<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION AND JURY TRIAL DATES;EXCLUDING TIME**<br><br>Date:  April 5, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE A. PRINCE, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Trial-Confirmation hearing date of February 1, 2013 and Jury Trial date of February 19, 2013 be vacated, and the matter rescheduled for Trial-Confirmation hearing on April 5, 2013 at 9:00 a.m. and Jury Trial on April 30, 2013 at 9:00 a.m.

Additional time is requested for further investigation of the charges, and to accommodate the attorneys' schedules.

Based upon the foregoing, the parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial and time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 5, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 17, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JEREMY BOZE

Dated: January 17, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/Michelle A. Prince
MICHELLE A. PRINCE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 5, 2013.

Dated: January 17, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge