1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:07-cr-0423 TLN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES AND REQUESTING TO SET THE MATTER FOR A STATUS CONFERENCE |
| JEREMY THOMAS BOZE, | |
| Defendant. | |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Jeremy Boze, through his counsel, Chief Assistant Federal Defender Linda C. Harter, stipulate and agree to vacating the Trial Confirmation Hearing, scheduled for April 5, 2013, and the Jury Trial, scheduled for April 30, 2013. The parties further request that the Court set the matter for a status conference on May 16, 2013, at 9:30 a.m.

On April 4, 2013, the Honorable Morrison C. England, Jr., Chief Judge for the United States District Court, Eastern District of California, issued an Order reassigning this case to newly-appointed United States District Court Judge Troy L. Nunley. The matter had

1

previously been assigned to United States District Judge Garland E. Burrell, Jr.  The parties are presently exchanging information related to a receipt of child pornography charge added in the Superseding Indictment.  Although the parties anticipate that the matter will likely proceed to trial, they believe that the exchange of information may result in a narrowing of the potential issues to be submitted to the jury for a decision.  In addition, both parties are continuing to engage in investigation and preparation of the matter.  The additional time is therefore needed for attorney preparation and continuity of counsel.  Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel).  The parties agree to an exclusion of time for the reasons stated above for the period from April 5, 2013 up to and including May 16, 2013.

Linda Harter has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on her behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 24, 2013         By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: April 24, 2013         By: /s/ Todd D. Leras for
                                  LINDA C. HARTER
                                  Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the Trial Confirmation Hearing and Jury trial, currently scheduled for April 5 and April 30, 2013, are vacated. A status conference is set for May 16, 2013, at 9:30 a.m. Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from April 5, 2013 to May 16, 2013.

DATED: April 29, 2013

Troy L. Nunley
United States District Judge